

IN THE
TENTH COURT OF APPEALS

No. 10-12-00260-CV

IN RE DANIEL PATRICK DAY

Original Proceeding

## MEMORANDUM  OPINION

In this original proceeding, Relator seeks mandamus relief against the District Clerk of Hill County[1] for the clerk's alleged failure or refusal to file Relator's civil lawsuit.

A court of appeals has no jurisdiction to issue a writ of mandamus against a clerk except to protect or enforce its jurisdiction.  *See* TEX. GOV'T CODE ANN. § 22.221 (West 2004); *In re Simmonds*, 271 S.W.3d 874, 879 (Tex. App.—Waco 2008, orig. proceeding). Given Relator's allegations, this exception is not applicable.

We lack jurisdiction to decide this original proceeding against the district clerk

---

[1] Relator has named the former district clerk (Charlotte Barr), rather than the current district clerk (Angelia Orr), as respondent.  Because we must dismiss the petition for lack of jurisdiction, we will not apply Rule of Appellate Procedure 7.2.  *See* TEX. R. APP. P. 7.2.

and therefore dismiss it.[2]


REX D. DAVIS
Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Petition dismissed
Opinion delivered and filed July 26, 2012
[OT06]

---

[2] Relator's petition for writ of mandamus has several procedural deficiencies. It does not include the certification required by Rule of Appellate Procedure 52.3(j). *See* TEX. R. APP. P. 52.3(j). It lacks an appendix and a certified or sworn record, as required by Rules 52.3(k) and 52.7(a)(1). *See id.* 52.3(k), 52.7(a)(1). And, it lacks proof of service on the respondent and the real parties in interest. A copy of all documents presented to the Court must be served *on all parties* to the proceeding and must contain proof of service. *Id.* 9.5; 52.2. Because of our disposition and to expedite it, we will implement Rule 2 and suspend these rules in this proceeding. *Id.* 2.